**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

|  |  |
|---|---|
| Meloney Michelee Middleton,<br><br>*Petitioner*,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>*Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**APPROVED** this 17th day of February 2026. Petitioner shall **FILE** a Status Report by February 19, 2026 if the bond hearing does not take place as scheduled.

_____/s/_____

George L. Russell, III
Chief United States District Judge

No. 1:26-cv-00400-GLR

**STATUS REPORT**

Petitioner, by and through undersigned counsel, hereby submits the following Status Report to the Court regarding Petitioner's bond hearing pursuant to this Court's order dated February 5, 2026. *See* Dkt. No. 9.

In its recent order, this Court directed Petitioner to "FILE a status report with the Court if no bond hearing is held within ten (10) days of this Order." *Id.* As of the date of filing this notice, Petitioner has not yet had a bond hearing, however, a bond hearing is scheduled before the Adelanto Immigration Court for Wednesday February 18, 2026, at 1:00 PM. Petitioner and her removal counsel will appear as scheduled for this bond hearing; if it does not take place as scheduled, Petitioner will file an additional Status Report.

Respectfully submitted,
Dated: February 17, 2026

*/s/ Leah Haynes*
LEAH HAYNES, ESQ.
D.Md. Bar no. 31800
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
lhaynes@murrayosorio.com
*Counsel for Petitioner*