IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MELONEY MICHELEE MIDDLETON,   *

    Petitioner,   *

v.   *   Civil Action No. GLR-26-0400

KRISTI NOEM, et al.,   *

    Respondents.   *

                                    *

                                    ***

## ORDER

Upon consideration of Petitioner Meloney Michelee Middleton's Petition for Writ of Habeas Corpus filed on January 30, 2026 (ECF No. 1), the Court's Order on February 5, 2026 (ECF No. 9), Middleton's Status Report on February 23, 2026 indicating that a bond hearing was scheduled, (Status Report at 1, ECF No. 8), and the Parties' Joint Stimulation of Dismissal indicating that Middleton has been released (ECF No. 12) and the entire record in this case, it is hereby:

ORDERED that no further status reports need to be filed; and

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

So ordered this 3rd day of March, 2026.

                                        _____/s/_____

                                        George L. Russell, III
                                        Chief United States District Judge